JOHN ELLERINGTON, Respondent, v. CURRAN-MASON COMPANY and Another, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

DELIA ELLERINGTON, Respondent, v. CURRAN-MASON COMPANY and Another, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERBERT ROTHERY and NATIONAL SURETY COMPANY, Defendants. JAMES MOORE, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

CHRISTOPHER DEWEIN, as Administrator, etc., of WILLIAM P. DEWEIN, Deceased, Respondent, v. LEON L. LANCASTER, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

JOHN L. MILBACK, Appellant, v. JEANETTE M. MILBACK, Respondent.—Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

GEORGE VAN ORDER, Appellant, v. ALVAH ARMSTRONG, Respondent.— Motion granted and appeal dismissed. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

GUSTAV SHUMAN, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Motion granted and appeal dismissed. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

FREDONIA SEED COMPANY, INCORPORATED, Respondent, v. ELMER S. CARD, Trading under the Name and Style of CARD SEED COMPANY, Appellant.—Appeal dismissed unless appellant shall file and serve printed papers and printed briefs by December fifteenth. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

ALBERT WILSON and Another, Respondents, v. POWSNER COLLISION, INCORPORATED, Appellant.—Appeal dismissed unless appellant shall file and serve printed papers and printed briefs on appeal by December fifteenth. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Judicial Settlement of the Accounts of ANDREW McMANNIS, as Administrator, etc., of PATRICK McMANNIS, Deceased.— Decree affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.